UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION CORPORATION<br><br>Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:10-CV-113 (TJW)<br>§<br>§ JURY TRIAL REQUESTED<br>§<br>§<br>§<br>§ |

## Rule 7.1 Disclosure Statement

1. Defendant Research in Motion Limited, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   a. *The identity of any parent corporation*: Research in Motion Limited has no parent corporation.

   b. *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Research in Motion Limited's stock.

2. Defendant Research in Motion Corporation, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   a. *The identity of any parent corporation*: Research in Motion Limited.

   b. *The identity of any publicly held corporation that owns 10% or more of its stock*: Research in Motion Limited.

Dated: September 8, 2010

*Respectfully submitted,*

By: /s/ Joe W. Redden, Jr.
Joe W. Redden, Jr.
State Bar No. 16660600
jredden@brsfirm.com
Michael Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

OF COUNSEL:
Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
Kate Hutchins
kate.hutchins@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Research in Motion Limited and Research in Motion Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 8th day of September, 2010 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson