**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-CV-113 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION,** | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS
OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiff MobileMedia Ideas LLC ("MMI" or "Plaintiff") respectfully files this Unopposed Motion for Leave to File Under Seal its Opposition to Defendants' Research in Motion Limited ("RIM Ltd.") and Research in Motion Corporation ("RIM Corp.") (collectively "Defendants") Motion to Transfer because MMI's Opposition and exhibits thereto include references to documents and testimony that Defendants have designated Confidential or Highly Confidential.

Defendants have indicated that they are not opposed to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests the Court enter an order granting this Unopposed Motion for Leave to File Under Seal its Opposition to Defendants' Motion to Transfer Venue.

Dated: December 16, 2010

Respectfully submitted
McKOOL SMITH, P.C.

By: \_/s/ Sam Baxter_____
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John F. Garvish, II
State Bar No. 24043681
jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Garrard R. Beeney
Adam R. Brebner
Taly Dvorkis
Victoria A. Coyle
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kenneth Rubenstein
Anthony Coles
Evan L. Kahn
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Plaintiff*
*MobileMedia Ideas LLC*

- 2 -

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that Plaintiff's counsel confirmed with counsel for Defendants that they are not opposed to the relief requested herein.

/s/ John F. Garvish, II
John F Garvish, II

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this December 16, 2010.

/s/ John F. Garvish, II
John F. Garvish, II