# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-CV-113 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| RESEARCH IN MOTION LIMITED and | § | |
| RESEARCH IN MOTION CORPORATION, | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE

Before the Court is Plaintiff's Unopposed Motion for Leave to File Under Seal its Opposition to Defendants' Motion to Transfer Venue. The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED that Plaintiff's Opposition to Defendants' Motion to Transfer Venue be filed under seal.

SIGNED this 17th day of December, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE