UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:10-cv-113 ) |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY EUGENE CHIU

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Mark G. Matuschak, James M. Dowd, S. Calvin Walden, Kate Hutchins, Michael D. Jay, Wyley S. Proctor, Omar A. Khan, and Eugene Chiu, currently appear as counsel of record in the above-captioned matter for Defendants Research In Motion Limited and Research In Motion Corporation.

Please take further notice that Eugene Chiu is no longer employed with Wilmer Cutler Pickering Hale and Dorr LLP, and no longer has any association with this case. Wilmer Cutler Pickering Hale and Dorr LLP, by Mark G. Matuschak, James M. Dowd, S. Calvin Walden, Kate Hutchins, Michael D. Jay, Wyley S. Proctor, and Omar A. Khan will remain counsel of record for Defendants Research In Motion Limited and Research In Motion Corporation in this case.

US1DOCS 7810044v1

Dated: January 11, 2011

*Respectfully submitted,*

By: /s/ Joe W. Redden, Jr.
    Joe W. Redden, Jr.
    State Bar No. 16660600
    jredden@brsfirm.com
    Michael Richardson
    State Bar No. 24002838
    mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*Attorneys for Research in Motion Limited and Research in Motion Corporation*

OF COUNSEL:
Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
Kate Hutchins
kate.hutchins@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 11th day of January, 2011, with a copy of the above document via the Court's CM/ECF System per Local Rule CV-5(A)(3).

/s/ Alex B. Roberts
Alex B. Roberts