UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is an Unopposed Motion for Withdrawal of Counsel filed by Defendants Research in Motion Limited and Research in Motion Corporation ("RIM"). The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that Eugene Chiu is withdrawn as counsel of record for RIM.

SIGNED this 13th day of January, 2011.

*[signature]*
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE