IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:10-cv-113 ) |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

**ORDER GRANTING THIRD UNOPPOSED MOTION OF RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER**

Before the Court is Defendants' Second Unopposed Motion for Extension of Time to File Reply Brief in Support of Defendants' Motion to Transfer. The Court, having considered this motion, finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED that Defendants' deadline to file their reply brief in support of Defendants' Motion to Transfer is extended up to and including January 20, 2011.

SIGNED this 20th day of January, 2011.

*/s/ Charles Everingham IV*
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE