# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)

Before the Court is Defendants' Unopposed Motion for Leave to File Corrected Motion to Transfer Venue to the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a). The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED that Defendants' Motion to Transfer Venue to the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a) (filed Sept. 3, 2010) [Dkt. No. 10] is stricken from the record and replaced with Defendants' Corrected Motion to Transfer Venue to the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a). The original exhibits to Dkt. No. 10 shall remain on file and apply to the corrected motion. For the purpose of briefing deadlines on this Motion, Defendants' Corrected Motion is deemed to have been filed on September 3, 2010 and Plaintiff is not required to file a revised opposition.

SIGNED this 21st day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE