IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10-cv-113 |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

Before the Court is Defendants' Unopposed Motion for Leave to File Under Seal its Reply in Support of Defendants' Motion to Transfer Venue. The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED that Defendants' Reply in Support of Defendants' Motion to Transfer Venue be filed under seal.

SIGNED this 21st day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE