**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 2:10-cv-113 |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, L.L.P. enters his appearance on behalf of Defendants **Research In Motion Limited and Research In Motion Corporation** in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: gil@gillamsmithlaw.com.

Dated:  February 9, 2011

Respectfully submitted,

GILLAM & SMITH, L.L.P.

  /s/ *Harry L. Gillam, Jr.*  
Harry L. Gillam, Jr.
Texas State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257
E-mail:  gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by U.S. mail or facsimile transmission, on this the 9th day of February, 2011.

                                            /s/ *Harry L. Gillam, Jr.* _____
                                            Harry L. Gillam, Jr.