IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:10-CV-113** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION,** | § | |
| Defendants. | § | |

## ORDER ON AGREED MOTION FOR EXTENSION OF DEADLINES

Pending before the Court is an Agreed Motion for Extension of Deadlines. Having

reviewed the motion, the Court hereby amends the deadlines as follows:

It is therefore ORDERED that the deadline for Parties to submit the Docket Control and

Discovery Orders to the Court is extended from March 2, 2011 until March 16, 2011.

IT IS SO ORDERED.

SIGNED this 3rd day of March, 2011.


_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE