# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 2:10-CV-113 |
| v. § | |
| § | |
| RESEARCH IN MOTION LIMITED and § | |
| RESEARCH IN MOTION § | |
| CORPORATION, § | |
| § | |
| Defendants. § | |

## ORDER ON AGREED MOTION FOR EXTENSION OF DEADLINES

Pending before the Court is an Agreed Motion for Extension of Deadlines. Having reviewed the motion, the Court hereby grants the motion and amends the deadlines for "Disclosure of Asserted Claims and Infringement Contentions" and "Invalidity Contentions" as follows:

It is therefore ORDERED that the deadline for compliance with P.R. 3-1 and 3-2 in this matter is extended to April 15, 2011, deadline for compliance with P.R. 3-3 in this matter is extended to June 15, 2011 and the deadline for compliance with P.R. 3-4 in this matter is extended to June 30, 2011.

IT IS SO ORDERED.

SIGNED this 9th day of March, 2011.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE