IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is a Second Agreed Motion for Extension of Deadline to Submit Proposed Docket Control and Discovery Orders. Having reviewed the motion, the Court hereby GRANTS the motion:

Therefore, it is ORDERED that the parties shall have until March 18, 2011 to submit their proposed docket control and discovery orders to the Court.

SIGNED this 17th day of March, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

1055.00009./477505.v1