IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-CV-113 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION,** | § | |
| Defendants. | § | |

**MOBILEMEDIA IDEA LLC'S
<u>NOTICE OF COMPLIANCE WITH P.R. 3-1</u>**

MobileMedia Ideas LLC ("MMI") hereby gives Notice that on April 15, 2011 it complied with the requirements of P.R. 3-1, pursuant to the Local Rules and the Docket Control Order.

Dated: April 22, 2011

Respectfully submitted

By: _/s/ Sam Baxter_____
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John F. Garvish, II
State Bar No. 24043681
jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Garrard R. Beeney
Adam R. Brebner
Taly Dvorkis
Victoria A. Coyle
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kenneth Rubenstein
Anthony Coles
Evan L. Kahn
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Plaintiff*
*MobileMedia Ideas LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service,  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this **April 22, 2011.**

/s/ John F. Garvish, II
John F. Garvish, II