UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § | |
| § | |
| vs. § | |
| § | **CASE NO. 2:10-CV-9113-TJW-CE** |
| **RESEARCH IN MOTION LIMITED** § | |
| **and** § | |
| **RESEARCH IN MOTION CORP.** § | |

## ORDER

Pending before the court is the parties' joint motion for entry of a docket control order and discovery order (Dkt. No. 76). For the most part, the parties have reached an agreement on the form and content of the docket control order and discovery order. The three issues upon which the parties are unable to agree include: (1) the inclusion of a date by which the parties must report to the court on whether they have reached an agreement to limit the number of patents and claims in dispute or, if not, to submit competing proposals; (2) page limitations on letter briefs seeking permission to file any summary judgment motion; and (3) limitations applicable to fact depositions and testifying expert witnesses. Having considered the parties' arguments, the court adopts Plaintiff's proposals with regard to issues number (1) and (3) and Defendants' proposal with regard to issue number (2). The parties are ORDERED to submit a docket control order and discovery order conforming to the court's rulings within ten days from the date this order is issued.

SIGNED this 10th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE