## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 2:10-cv-113** |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Plaintiff

MobileMedia Ideas LLC in the above-numbered and entitled cause:

> Kristi Thomas
> Texas State Bar No. 24027909
> kthomas@mckoolsmith.com
> McKool Smith P.C.
> 300 W. 6th Street, 17th Floor
> Austin, Texas  78701
> Telephone: (512) 692-8700
> Telecopier: (512) 692-8744

Ms. Thomas is currently admitted to practice in the United States District Court for the

Eastern District of Texas.   Samuel F. Baxter of McKool Smith, P.C. is lead counsel and

Attorney-in-Charge.

Austin 67853v1

Dated:  June 6, 2011

Respectfully submitted

By:   /s/ Kristi Thomas_____
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

John F. Garvish, II
State Bar No. 24043681
jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744

Garrard R. Beeney
Adam R. Brebner
Taly Dvorkis
Victoria A. Coyle
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kenneth Rubenstein
Anthony Coles
Evan L. Kahn
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

***Attorneys for Plaintiff***
***MobileMedia Ideas LLC***

Austin 64418v1
Austin 67853v1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 6, 2011.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ Kristi Thomas
Kristi Thomas