**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:10-CV-113 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| **RESEARCH IN MOTION LIMITED and** § | |
| **RESEARCH IN MOTION** § | |
| **CORPORATION,** § | |
| Defendants. § | |

**ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

On this date came for consideration the Unopposed Motion to Withdraw Counsel. The Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Withdraw Counsel be and hereby is GRANTED, and that Evan L. Kahn is no longer counsel of record for MobileMedia Ideas LLC.

SIGNED this 8th day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE