IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **RESEARCH IN MOTION LIMITED and** § <br> **RESEARCH IN MOTION CORPORATION,** § <br> § <br> Defendants. § <br> § | CIVIL ACTION NO. 2:10-CV-113 |

## MOBILEMEDIA IDEAS LLC'S COMPUTATION OF DAMAGES PURSUANT TO THE COURT'S DISCOVERY ORDER

Pursuant to paragraph 3(b) of the Discovery Order entered on May 23, 2011 (D.E. # 82), Plaintiff MobileMedia Ideas LLC ("MMI") provides the following computation of damages.

MMI presently intends to seek damages in this matter pursuant to 35 U.S.C. § 284, which provides that the Court shall award "damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court," and provides that the Court "may increase the damages up to three times the amount found or assessed." Because, upon information and belief, the infringement by defendants Research In Motion Limited and Research In Motion Corporation (collectively, "Defendants") is and has been willful, MMI presently intends to ask that these damages be enhanced by up to three times and that it be awarded attorneys' fees and costs pursuant to 35 U.S.C. §§ 284 and 285.

Precise calculation of damages will require further discovery from Defendants and will be the subject of expert testimony. Accordingly, MMI will supplement this disclosure as discovery progresses or for any other reason, including through the report(s) of its testifying expert(s). MMI will confer with Defendants about making available for inspection and copying documents or other evidentiary material on which MMI's damages computation is based as discovery in this matter continues.

Dated: June 16, 2011

Respectfully submitted,

By: /s/ Sam Baxter
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John F. Garvish, II
State Bar No. 24043681
jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Garrard R. Beeney
Adam R. Brebner
Taly Dvorkis
Victoria A. Coyle
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kenneth Rubenstein
Anthony Coles
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Plaintiff*
*MobileMedia Ideas LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 16, 2011. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Kristi Thomas
Kristi Thomas