IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' AMENDED NOTICE OF COMPLIANCE WITH P.R. 3-3

Defendants Research In Motion Limited and Research In Motion Corporation ("RIM") hereby notify the Court that on June 15, 2011 they complied with the requirements of Patent Rule 3-3 in accordance with the Local Rules and Docket Control Order.

June 20, 2011

Respectfully submitted,

By: /s/ Michael E. Richardson
    Joe W. Redden, Jr.
    State Bar No. 16660600
    jredden@brsfirm.com
    Michael Richardson
    State Bar No. 24002838
    mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

1055.00009./482114.v1

Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
Kate Hutchins
kate.hutchins@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Research In Motion Limited
and Research In Motion Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record on June 20, 2011 via electronic mail.

/s/ Michael E. Richardson
Michael E. Richardson

1055.00009./482114.v1