IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10-cv-113 |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Extension of Deadline to Join Additional Parties filed by Defendants Research in Motion Limited and Research in Motion Corporation. The Court hereby GRANTS the motion and the parties shall have until August 15, 2011 to join additional parties.

SIGNED this 19th day of July, 2011.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE