IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:10-CV-113 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| RESEARCH IN MOTION LIMITED and § | |
| RESEARCH IN MOTION § | |
| CORPORATION, § | |
| Defendants. § | |

## ORDER GRANTING MMI'S UNOPPOSED MOTION

The Court, having considered MMI's Unopposed Motion, finds that good cause exists for granting leave of Court. Accordingly, leave of Court is GRANTED to allow

(1) MMI to supplement its infringement contentions to add allegation of infringement of claim 3 of U.S. Patent No. 7,349,012 against RIM;

(2) RIM to supplement its invalidity contentions regarding claim 3 of U.S. Patent No. 7,349,012 (the "'012 patent") within 30 days of the date of service of MMI's infringement supplementation; and

(3) RIM to supplement its invalidity contentions to add an indefiniteness contention regarding claim 3 of U.S. Patent No. 6,427,078.

SIGNED this 28th day of July, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE