**Appendix K**                                                                                       Revised: 4/19/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:10-cv-00113-TJW-CE

Style: _____

2. Applicant is representing the following party/ies: MobileMedia Ideas LLC

3. Applicant was admitted to practice in **New York** (state) on **2/8/2010** (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
New York State, US District Courts for SDNY, EDNY

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath**

I, **Diana G. Iskelov** do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date **7/25/11**                             Signature **D. Iskelov**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Diana G. Iskelov
State Bar Number 4801825
Firm Name: Sullivan and Cromwell LLP
Address/P.O. Box: 125 Broad Street
City/State/Zip: New York, New York 10004
Telephone #: 212-558-1664
Fax #: 212-558-9379
E-mail Address: iskelovd@sullcrom.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 7/27/11

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

```
Court Name: District Court
Division: 2
Receipt Number: TXE200000654
Cashier ID: pa
Transaction Date: 08/02/2011
Payer Name: MCKOOL SMITH
------------------------------------
PRO HAC VICE
 For: MCKOOL SMITH
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 5392
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

2 10 CV 112 ISHELOV 2 10 CV 113

JAANG


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```