IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO JOIN ADDITIONAL PARTIES

Defendants Research In Motion Limited and Research In Motion Corporation ("RIM") file this Defendants' Unopposed Motion for Extension of Deadline to Join Additional Parties.

1. The Docket Control Order entered by the Court sets July 15, 2011 as the deadline to join additional parties. Pursuant to an unopposed motion, the Court previously extended the deadline until August 15, 2011.

2. RIM is still in the process of reviewing documents produced by Plaintiff Mobilemedia Ideas LLC ("Plaintiff"). As a result, RIM requests another 14 day extension of the deadline to allow RIM to complete its review of documents and analysis of whether additional parties should be joined.

3. Plaintiff does not oppose this motion on the condition that RIM does not use the extension as a basis for disruption of the remaining schedule.

WHEREFORE, RIM requests that the deadline for adding additional parties be extended until August 29, 2011; and for all such other relief to which it may show itself justly entitled.

Dated: August 15, 2011                                        Respectfully submitted,

By: /s/ Michael Richardson
Joe W. Redden, Jr.
State Bar No. 16660600
jredden@brsfirm.com
Michael Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
Kate Hutchins
kate.hutchins@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Research In Motion Limited
and Research In Motion Corporation*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that Counsel for RIM has conferred with Counsel for Plaintiff regarding the foregoing motion and Plaintiff is unopposed to the relief requested herein.

/s/ Michael E. Richardson
Michael E. Richardson

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 15th day of August, 2011.

/s/ Michael Richardson
Michael Richardson