## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-CV-113 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION,** | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff MobileMedia Ideas LLC ("MMI") respectfully moves the Court to enter the Agreed Protective Order attached hereto. Defendants Research In Motion Limited and Research in Motion Corporation ("RIM") have indicated they are not opposed to the entry of the order requested in this motion.

WHEREFORE, PREMISES CONSIDERED, MMI respectfully requests the Court grant this unopposed motion and enter the Protective Order attached hereto.

| | |
|---|---|
| Dated:  August 15, 2011 | Respectfully submitted<br>McKOOL SMITH, P.C.<br><br>By:  \_/s/ Sam Baxter_____<br>Samuel F. Baxter<br>Lead Attorney<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKOOL SMITH P.C.<br>104 East Houston, Suite 300<br>Marshall, Texas 75670<br>Telephone:  (903) 923-9000<br>Facsimile:  (903) 923-9099<br><br>John F. Garvish, II<br>State Bar No. 24043681<br>jgarvish@mckoolsmith.com<br>McKOOL SMITH, P.C.<br>300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone:  (512) 692-8700<br>Facsimile:  (512) 692-8744<br><br>Garrard R. Beeney<br>Adam R. Brebner<br>Taly Dvorkis<br>Victoria A. Coyle<br>Jane J. Jaang<br>Diana G. Iskelov<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>Kenneth Rubenstein<br>Anthony Coles<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br><br>***Attorneys for Plaintiff***<br>***MobileMedia Ideas LLC*** |

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for MMI has conferred with counsel for RIM and that RIM's counsel has indicated that they do not oppose the relief requested in this motion.

/s/ John F. Garvish, II
John F. Garvish, II

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this August 15, 2011.

/s/ John F. Garvish, II
John F. Garvish, II