IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:10-cv-113 |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Extension of Deadline to Join Additional Parties filed by Defendants Research in Motion Limited and Research in Motion Corporation. The Court hereby GRANTS the motion and the parties shall have until August 29, 2011 to join additional parties.

SIGNED this 16th day of August, 2011.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE