# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **CASE NO. 2:10-CV-113-TJW-CE** |
| v. § | |
| § | |
| **RESEARCH IN MOTION LIMITED** and § | |
| **RESEARCH IN MOTION CORPORATION,** § | |
| § | |
| **Defendants.** § | |
| § | |

## ADDITIONAL ATTACHMENTS TO EMERGENCY MOTION TO COMPEL ADHERENCE TO SCHEDULE AND PLAINTIFF'S NOTICE OF NO OBJECTION TO TRANSFER ORDER

Dated: September 1, 2011

Garrard R. Beeney
Adam R. Brebner
Jane J. Jaang
Taly Dvorkis
Victoria A. Coyle
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kenneth Rubenstein
Anthony Coles
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Respectfully submitted,

By: __/s/ Sam Baxter_____
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John F. Garvish, II
State Bar No. 24043681
jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Plaintiff*
*MobileMedia Ideas LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff has spoken to counsel for Defendants on multiple occasions including at noon cst on September 1, 2011. The participants on the telephone call included at least John F. Garvish, II, Adam Brebner, Michael Richardson, and Calvin S. Walden. Counsel for Defendants indicated that they did not agree to the relief requested in this motion other than the lifting of the suspension of the transfer order.

/s/ John F. Garvish, II
John F. Garvish, II

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § § | |
| Plaintiff, § § | |
| § | **CASE NO. 2:10-CV-113-TJW-CE** |
| v. § § | |
| **RESEARCH IN MOTION LIMITED** and § **RESEARCH IN MOTION CORPORATION,** § § | |
| Defendants. § § | |

### ORDER GRANTING EMERGENCY MOTION TO COMPEL ADHERENCE TO SCHEDULE

On this day came on for consideration Plaintiff MobileMedia Ideas LLC's Emergency Motion To Compel Adherence to Schedule. Having considered the present motion, the Court finds that it is well taken and should be GRANTED. Accordingly, the parties are ordered to continue with the current schedule until this case is assigned to a new judge in the Northern District of Texas.