IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-113 |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO VACATE DOCKET CONTROL AND DISCOVERY ORDERS AND SUSPEND DEADLINES PENDING TRANSFER**

Came on for consideration the Emergency Motion to Vacate Docket Control and Discovery Orders and Suspend Deadlines Pending Transfer ("motion") filed by Defendants Research In Motion Limited and Research In Motion Corporation. After considering the motion and response, the Court finds that the motion should be granted. It is hereby,

ORDERED that any and all deadlines (a) in the Docket Control Order; (b) in the Discovery Order; and (c) set forth in the Local Rules for responding to motions, are suspended.