IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10-CV-113 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **RESEARCH IN MOTION LIMITED and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION,** | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Before the Court is Mobilemedia Idea's Unopposed Motion for Extension of Deadlines. The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED that both the deadline to comply with P.R. 4-2 and the deadline to join additional parties are extended up to and including Friday, September 9, 2011.

SIGNED this 2nd day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE